FILED
2007 Sep-26  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/LDH: OCT. 2007
**GJ #26**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CASE NO. |
| **v.** ) | |
| ) | |
| **FRANK M. McEVOY** ) | |

## INDICTMENT

**COUNT ONE**: **[29 U.S.C. § 501(c)]**

The Grand Jury charges that:

From on or about January 4, 2003, until on or about June 5, 2003, in Jefferson County, within the Northern District of Alabama, the defendant,

**FRANK M. McEVOY**,

while an officer, that is Business Manager/Secretary-Treasurer of Local Laborers 1370, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $11,167.50, in violation of

Title 29, United States Code, Section 501(c).

**COUNT TWO**: **[29 U.S.C. § 501(c)]**

The Grand Jury charges that:

From on or about June 20, 2003, until on or about May 17, 2004, in Jefferson County, within the Northern District of Alabama, the defendant,

**FRANK M. McEVOY**,

while an officer, that is Business Manager/Secretary-Treasurer of Local Laborers 123, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $23,779, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

/s/ electronic signature

FOREPERSON OF THE GRAND JURY

                                      ALICE H. MARTIN
                                      United States Attorney
                                      /s/ electronic signature

                                      LAURA D. HODGE
                                      Assistant United States Attorney